| AO 10*<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Houser, Barbara J. | 2. Court or Organization<br><br>US Bky Ct; No Dst of Tx | 3. Date of Report<br><br>04/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>1254 Earle Cabell Federal Bldg<br>1100 Commerce Street<br>Dallas, TX 75242-1496 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Family Present Interest Trust |
| 2.  Fellow | National Bankruptcy Conference |
| 3.  Fellow | American College of Bankruptcy |
| 4.  Fellow | American Bar Foundation |
| 5.  Fellow | Texas Bar Foundation |
| 6.  Master | John C. Ford American Inn of Court |
| 7.  Member; Member of Board of Directors and Executive Committe of such Board | American Bankruptcy Institute |
| 8.  Member | National Conference of Bankruptcy Judges |
| 9.  Member, Executive Board | SMU Dedman College of Law |
| 10. Member of Board of Directors | Federal Judicial Center |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Instititue | February 9-10 | Washington DC | Attend meeting of Executive Committee of Board | Transportation, Lodging, and Meals |
| 2. | American Bankruptcy Institute | February 27-28 | Las Vegas | Attend meeting of Executive Committee of Board | Transportation, Lodging, and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. | Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 3. | Wells Fargo (various accounts) | B | Interest | | | Closed | 10/15/20 | J | | |
| 4. | Capital One Checking and saving accounts | A | Interest | J | T | | | | | |
| 5. | Family Present Interest Trust for Nephew | | None | | | | | | | |
| 6. | Wal-Mart Stores, Inc. common stock | A | Dividend | K | T | | | | | |
| 7. | GMAC Bank (various accounts and CDs) n/k/a Ally Bank | D | Interest | M | T | | | | | |
| 8. | Am Trust Direct n/k/a New York Community Bank money market | A | Interest | K | T | | | | | |
| 9. | Salem 5 Savings and Checking accounts | A | Interest | K | T | | | | | |
| 10. | Colorado Federal Savings Bank Money Market | B | Interest | M | T | | | | | |
| 11. | First National Bank of Omaha Money Market | B | Interest | M | T | | | | | |
| 12. | Eloan Bank n/k/ Popular Direct CD | A | Interest | | | Closed | 01/22/20 | M | | |
| 13. | SallieMae Bank Money Market | B | Interest | M | T | | | | | |
| 14. | GE Capital Retail Bank CD n/k/a Synchrony Bank | B | Interest | M | T | | | | | |
| 15. | GE Capital Retail Bank High Yield Savings n/k/a Synchrony Bank | B | Interest | M | T | | | | | |
| 16. | GE Capital Retail Bank CD n/k/a Synchrony Bank | B | Interest | M | T | | | | | |
| 17. | Brokerage account # 1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet Inc CL A (Googl) | | None | M | T | | | | | |
| 19. Automatic Data Processing Inc (ADP) common stock | B | Dividend | L | T | Sold (part) | 03/02/20 | K | D | |
| 20. Berkshire Hatghaway Inc (BRKB) common stock | | None | N | T | Sold (part) | 04/08/20 | L | | |
| 21. Boeing (BA) common Stock | A | Dividend | | | Sold | 03/02/20 | L | | |
| 22. Broadcom Inc (AGO) common stock | A | Dividend | | | Sold | 04/08/20 | L | | |
| 23. Costco Wholesale Corp (Cost) | B | Dividend | K | T | Sold (part) | 03/23/20 | K | D | |
| 24. Diageo PLC (DEO) common stock | A | Dividend | | | Sold | 04/08/20 | L | D | |
| 25. Emerson Electric (EMR) common stock | A | Dividend | | | Sold | 03/02/20 | K | D | |
| 26. Hershey (HSY) common stock | B | Dividend | K | T | Sold (part) | 03/02/20 | K | D | |
| 27. | | | | | Sold (part) | 04/08/20 | J | D | |
| 28. ILL Tool Works Inc (ITW) | B | Dividend | | | Sold | 05/06/20 | L | E | |
| 29. Johnson & Johnson (JNJ) common stock | B | Dividend | L | T | | | | | |
| 30. Mc Donalds Corp (MCD) common stock | A | Dividend | | | Sold (part) | 04/08/20 | K | E | |
| 31. | | | | | Sold | 05/06/20 | K | E | |
| 32. Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 33. Nestle SA (NSRGY) common stock | B | Dividend | K | T | Sold (part) | 03/23/20 | K | D | |
| 34. Pepsico (PEP) common stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 36. 3 M (MMM) common stock | B | Dividend | L | T | | | | | |
| 37. Union Pacific Corp (UNP) | B | Dividend | M | T | | | | | |
| 38. Walt Disney Co Hldg Co (DIS) common stock | A | Dividend | | | Sold | 04/07/20 | L | D | |
| 39. Brokerage Account # 2 (H) | | | | | | | | | |
| 40. Berkshire Hathaway CL-B (BRK'B) | | None | K | T | | | | | |
| 41. Conoco Phillips (COP) common stock | A | Dividend | J | T | | | | | |
| 42. Phillips 66 Com (PSX) common stock | A | Dividend | J | T | | | | | |
| 43. MS Liquid Asset Fund (money market account) | A | Interest | J | T | | | | | |
| 44. Brokerage Account # 3 (H) | | | | | | | | | |
| 45. ABBVIE Inc (ABBV) common stock | B | Dividend | K | T | | | | | |
| 46. Altria Group Inc. (MO) common stock | A | Dividend | | | Sold | 04/08/20 | J | | |
| 47. AMN Elec Power Co (AEP) common stock | A | Dividend | | | Sold | 04/09/20 | K | D | |
| 48. Astrazeneca (AZN) common stock | A | Dividend | | | Sold | 04/09/20 | K | D | |
| 49. Automatic Data Processing (ADP) common stock | A | Dividend | | | Sold | 04/09/20 | K | E | |
| 50. Boeing Company (BA) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 51. Carnival Corp Paired SHS (CCL) common stock | A | Dividend | | | Sold | 04/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Cisco Systems Inc COM (CSCO) | A | Dividend | K | T | | | | | |
| 53. | CME Group Inc (CME) common stock nb | A | Dividend | | | Sold | 04/09/20 | K | B | |
| 54. | Coca Cola Co (KO) common stock | A | Dividend | K | T | | | | | |
| 55. | Digital Realty TR Inc (DLR) common stock | A | Dividend | K | T | | | | | |
| 56. | Dominion Resources Inc New Va (D) common stock | B | Dividend | K | T | | | | | |
| 57. | Emerson Elec Co (EMR) | A | Dividend | | | Sold | 04/08/20 | K | | |
| 58. | Intel Corp (INTC) common stock | A | Dividend | K | T | | | | | |
| 59. | Kimberly Clark (KMB) common stock | A | Dividend | K | T | | | | | |
| 60. | Kraft Foods Group Inc (KRFT) common stock | A | Dividend | | | Sold | 04/08/20 | J | | |
| 61. | Lockheed Martin Corp | A | Dividend | | | Sold | 04/09/20 | K | E | |
| 62. | McDonalds Corp (MCD) common stock | A | Dividend | K | T | | | | | |
| 63. | Merck and Co Inc SHS (MRK) | B | Dividend | K | T | | | | | |
| 64. | Paccar Inc (PCAR) common stock | A | Dividend | | | Sold | 04/09/20 | K | C | |
| 65. | Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 66. | Philip Morris Intl Inc (PM) common stock | A | Dividend | | | Sold | 04/08/20 | K | | |
| 67. | Procter & Gamble Co common stock | A | Dividend | K | T | | | | | |
| 68. | Royal Dutch Shel PIC Spons ADR B (RDSB) common stock | A | Dividend | | | Sold | 04/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Target Corp (TGT) | A | Dividend | K | T | | | | | |
| 70. Texas Instruments (TXN) | A | Dividend | | | Sold | 04/08/20 | K | | |
| 71. Toronto Dominion Bank (TD) common stock | A | Dividend | | | Sold | 04/08/20 | K | | |
| 72. United Techs Corp (UTX) | A | Dividend | | | | 04/03/20 | K | A | |
| 73. Raytheon Technologies Corp (RTX) | A | Dividend | K | T | | 04/03/20 | K | | |
| 74. Ventas Inc (VTR) common stock | A | Dividend | | | Sold | 04/08/20 | K | | |
| 75. Verizon Comm (VZ) common stock | B | Dividend | K | T | | | | | |
| 76. Vodafone Group PLC SHS (VOD) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 77. IShares MSCI EAFE Index Fund (EFA) | A | Dividend | | | Sold | 04/08/20 | L | | |
| 78. SPDR Series Trust shares (XTL) | A | Dividend | | | Sold | 04/09/20 | K | D | |
| 79. Vanguard Small Cap Value ETF (VBR) | A | Dividend | | | Sold | 04/08/20 | K | A | |
| 80. Vanguard Small Cap Growth ETF (VBK) | B | Dividend | M | T | | | | | |
| 81. Vanguard Value ETF (VTV) | D | Dividend | M | T | | | | | |
| 82. Vanguard Growth ETF (VUG) | C | Dividend | N | T | | | | | |
| 83. Vanguard Information Tech ETF (VGT) | B | Dividend | L | T | | | | | |
| 84. Brokerage Account # 4 (H) | | | | | | | | | |
| 85. Allianzgi Convertible (NCV) | B | Dividend | | | Sold | 08/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Calamos CV & Hi INCM FD (CHY) | B | Dividend | | | Sold | 08/10/20 | K | | |
| 87.  Calamos Conv Opp Inc (CHI) | B | Dividend | | | Sold | 08/10/20 | K | | |
| 88.  Eagle Point Credit Co (ECC) | B | Dividend | | | Sold | 05/28/20 | K | | |
| 89.  Gamco Global Gold NA (GGN) | B | Dividend | | | Sold | 08/10/20 | K | | |
| 90.  Miller/Howard High Income (HIE) | B | Dividend | | | Sold | 05/28/20 | K | | |
| 91.  Nuveen Diversified Divid (JDD) | B | Dividend | | | Sold | 08/10/20 | K | | |
| 92.  Nuveen Global High (JGH) | A | Dividend | | | Sold | 08/10/20 | J | | |
| 93.  Oxford Lane Cap Corp (OXLC) | B | Dividend | | | Sold | 05/28/20 | J | | |
| 94.  Wells Fargo Global (EOD) | B | Dividend | | | Sold | 08/10/20 | L | | |
| 95.  Western Asset Global (EHI) | A | Dividend | | | Sold | 08/10/20 | J | A | |
| 96.  Western Asset Mtg (DMO) | B | Dividend | | | Sold | 08/10/20 | J | | |
| 97.  Brokerage Account # 5 (H) | | | | | | | | | |
| 98.  First Trust Cloud Computing ETF (SKYY) | A | Dividend | | | Sold | 03/05/20 | K | C | |
| 99.  IShares 7-10 Year (IEF) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 100. | | | | | Sold | 04/08/20 | K | B | |
| 101.  IShares 20+ Year (TLT) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 102. | | | | | Sold | 04/08/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Ishares Edge MSCI (QUSL) | A | Dividend | | | Sold | 03/05/20 | L | B | |
| 104.  Sector SPDR Utilities (XLU) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 105. | | | | | Sold | 04/08/20 | K | | |
| 106.  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | | | Sold | 03/05/20 | K | C | |
| 107.  Vaneck Vectors Gold (GDX) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 108. | | | | | Sold | 04/08/20 | K | | |
| 109.  Vaneck Vectors Semi Conductor (SMH) | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 110.  Vanguard Consumer Staples ETF (VDC) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 111. | | | | | Sold | 04/08/20 | K | A | |
| 112.  Vanguard Information Tech ETF (VGT) | A | Dividend | | | Sold | 04/08/20 | K | C | |
| 113.  Vanguard Real Estate ETF (VNQ) | A | Dividend | | | Sold | 04/08/20 | K | | |
| 114.  SPDR S&P Aerospace (XAR) | A | Dividend | | | Sold<br>(part) | 03/05/20 | K | B | |
| 115. | | | | | Sold | 04/08/20 | J | | |
| 116.  Consumer Discretionary SPDR (XLY) | A | Dividend | | | Sold | 03/05/20 | K | | |
| 117.  Brokerage Account # 6 (H) | | | | | | | | | |
| 118.  Ishares 20 Year Treasure EFT (TLT) | B | Dividend | | | Sold | 08/10/20 | N | E | |
| 119.  Merrill Lynch Money Market accounts | B | Interest | O | T | Open | 08/10/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Vaneck Vectors Gold Miners ETF (GDX) | B | Dividend | M | T | Buy | 08/10/20 | M | | |
| 121.  Brokerage Account # 7 (H) | | | | | | | | | |
| 122.  Adobe Inc (ADBE) | | None | J | T | Buy | 08/10/20 | J | | |
| 123.  Alaphabet Inc Shs Cl A (GOOGL) | | None | K | T | Buy | 12/10/20 | K | | |
| 124.  Amazon Com Inc Com (AMZN) | | None | K | T | Buy | 08/10/20 | K | | |
| 125.  American Tower REIT Inc (AMT) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 126.  Apple Inc (AAPL) | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 127.  Costco Wholesale CRP DEL (COST) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 128.  D R Horton Inc (DHI) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 129.  Dover Corp (DOV) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 130.  Ecolab Inc (ECL) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 131.  Edwards Lifesciences (EW) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 132.  Facebook Inc (FB) | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 133.  Gen; Dynamics Corp Com (GD) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 134.  Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 135.  Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 136.  Intuit Inc Com (INTU) | A | Dividend | J | T | Buy | 08/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Intuitive Surgical Inc (ISRG) | | None | J | T | Buy | 08/13/20 | J | | |
| 138.  Lauder Estee Cos Inc A (EL) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 139.  Lowe's Companies Inc (LOW) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 140.  Mastercard Inc (MA) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 141.  Merck and Co Inc SHS (MRK) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 142.  Microsoft Corp (MSFT) | A | Dividend | K | T | Buy | 08/13/20 | K | | |
| 143.  Netflix Com Inc (NFLX) | | None | J | T | Buy | 08/13/20 | J | | |
| 144.  Northrop Grumman Corp (NOC) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 145.  NVIDIA (NVDA) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 146.  O'Reilly Automotive Inc (ORLY) | | None | J | T | Buy | 08/13/20 | J | | |
| 147.  Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 08/10/20 | J | | |
| 148.  Salesforce Com Inc (CRM) | | None | J | T | Buy | 08/13/20 | J | | |
| 149.  Therm Risher Scientific (TMO) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 150.  TJX Cos Inc (TJX) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 151.  United Health Group Inc (UNH) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 152.  Visa Inc CL a Ahea (V) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 153.  VMWare INC (VMW) | | None | J | T | Buy | 08/13/20 | J | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Zoetis Inc (ZTS) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 155. Brokerage Account # 8 (H) | | | | | | | | | |
| 156. Morgan Stanley Bank (BDPS) | A | Interest | N | T | Open | 09/02/20 | N | | |
| 157. Legg Mason WA US TSY Res Inst (CIIXX) | A | Dividend | N | T | Buy | 09/02/20 | N | | |
| 158. US T-Bill | | None | O | T | Buy | 09/02/20 | O | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5 - This trust has no assets.

Part VII, lines 72 & 73 - Rayethon (line 73) and United Techs (line 72) merged on 4/3/20 with Rayethon being the surviving entity.

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 04/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Houser**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544